MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

FRANKO, Joseph Michael            Crim. No.: 14-CR-20616-01

On May 2, 2016, the Court authorized the issuance of a supervised release summons based upon a violation petition citing a violation of supervision. The issue of the violation was heard in Court on May 23, 2016, and the Court made the following finding(s):

__X__ Guilty of violating condition(s) of supervision. The offender was continued on supervised release, and the following special conditions of supervision are added:

1. Supervised Release is extended for one year;

2. The offender shall comply with a reasonable curfew, as directed by the probation officer.

Respectfully submitted,

s/ David Smith  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 2nd Day of June, 2016.

S/Robert H. Cleland  
Honorable Robert H. Cleland  
United States District Judge